UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA PAVLOVIC, | ) Case No.  11-CV-05230 LHK |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) JOINT STIPULATION AND MOTION |
| vs. | ) TO DISMISS ENTIRE ACTION WITH |
| | ) PREJUDICE |
| PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation, | ) |
| Defendant. | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: January 10, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order Granting Joint Stipulation and Motion to Dismiss Entire Action with Prejudice

1