UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA PAVLOVIC,<br><br>    Plaintiff,<br><br>  vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation,<br><br>    Defendant. | Case No. 11-CV-05230 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice. The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: January 10, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE